636

424 A.2d 558

Commonwealth v. White, Appellant.

 Submitted March 12, 1979. Andrew J. White, in propria personam, appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

424 A.2d 558

Waxman, Appellant v. Merlin Leasing Co. et al.

 Argued September 10, 1979. Myron H. Deutsch, for appellant; Frank M. Jakobowski, for appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order of lower court affirmed.